IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KIZALEE NOBLIT,**                                3:13-CV-00628-HU

          **Plaintiff,**                         ORDER

v.

**CAROLYN W. COLVIN,**
**Commissioner, Social Security**
**Administration,**

          **Defendant.**

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#33) on December 1, 2014, in which he recommends this Court grant Plaintiff's Stipulated Motion (#30) for Attorney Fees under 28 U.S.C. § 2412(d) and award Plaintiff attorneys' fees in the amount of $3,603.18. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#33). Accordingly, the Court **GRANTS** Plaintiff's Stipulated Motion (#30) for Attorney Fees under 28 U.S.C. § 2412(d) and **AWARDS** Plaintiff attorneys' fees in the amount of **$3,603.18**.

IT IS SO ORDERED.

DATED this 5th day of January, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER